UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  CV-03-4085-R
CV-03-4086-R
CV-03-5062-R

Date: OCT. 28, 2003

Title: IN RE: FIRST NATIONAL SERVICES INC

===============================================================================

PRESENT: HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

None                                None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

**APPELLANT SHALL FILE ANY RESPONSES TO APPELLEE'S MOTIONS TO DISMISS APPEALS FOR FAILURE TO PROSECUTE BY NOVEMBER 5, 2003. THE MOTIONS WILL THEN STAND SUBMITTED.**

**IT IS SO ORDERED.**

ENTER ON ICMS
OCT 3 0 2003

cc: counsel of record (by optical scanning)

Initials of Deputy Clerk ___

MINUTES FORM 11
CIVIL -- GEN