ORIGINAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FIRST NATIONAL SERVICES, INC., | ) | CASE NO. CV03-4085-R |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| EAST VALLEY CAPITAL PARTNERS, XVI, a Limited Partnership, et al., | ) | |
| Defendants. | ) | |

Appellees has moved to dismiss the above entitled appeal for want of prosecution.

It appears that appellant has defaulted by 140 days. That default is lack of diligence in prosecution of this appeal.

The appeal is dismissed.

DATED: November 6, 2003.

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

